June 12, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

ASHLAND, INC. D/B/A VALVOLINE CO., Appellant

NO. 14-13-00064-CV                    V.

HARRIS COUNTY APPRAISAL DISTRICT, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Harris County Appraisal District, signed October 22, 2012, was heard on the transcript of the record. We have inspected the record and find the trial court erred in granting appellee Harris County Appraisal District's Cross-Motion for Summary Judgment and denying appellant Ashland, Inc., d/b/a Valvoline Co.'s Motion for Summary Judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment granting Ashland, Inc., d/b/a Valvoline Co.'s Motion for Summary Judgment and denying Harris County Appraisal District's Cross-Motion. It is further ordered that Ashland, Inc., d/b/a Valvoline Co. is entitled to a freeport exemption on motor oil, grease, and gear oil for the 2010 and 2011 tax years.

We further order that all costs incurred by reason of this appeal be paid by appellee, Harris County Appraisal District.

We further order this decision certified below for observance.